NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY Y. LEE (State Bar No. 209366)
BRIGID S. BIERMANN (State Bar No. 231705)
CHARLES P. REICHMANN (State bar No. 206699)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br><br>    v.<br><br>THOMAS QUINN,<br><br>              Defendant. | Case No.   CR 06-0635 (PJH)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR EXPEDITED<br><u>SENTENCING UNDER L.R. 32-1(b)</u><br><br>DATE: November 8, 2006<br>TIME:  2:30 p.m.<br>COURT:  Hon. Phyllis J. Hamilton |

On September 21, 2006, the United States filed an Information charging Thomas Quinn with participating in a conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of DRAM to be sold to certain OEM customers during various periods of time from April 1, 2001, until June 15, 2002 and agreeing with his coconspirators to coordinate bids to Sun Microsystems, Inc. on a 1 Gigabyte Next-Generation Dual In-Line Memory Module, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  Thomas Quinn (the "Defendant") is scheduled for a change of plea and possible sentencing on November 8, 2006. Defendant has agreed to waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C). The United States and Defendant will file the Plea Agreement and a Joint Sentencing

Stip. for Expedited Sentencing
CR 06-635 PJH

Memorandum describing the material terms of the Plea Agreement and the agreed upon sentencing recommendation.

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and Defendant request that the Court sentence Defendant on an expedited basis pursuant to Crim. L.R. 32-1(b), on November 8, 2006. The United States and Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on November 8, 2006, the same date as the change of plea hearing, without a presentence report.

DATED: October 31, 2006

Respectfully submitted,

THOMAS QUINN

BY: /s/ Brian O'Neill
Brian O'Neill
Harriet Leva
Jones Day
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

U.S. DEPARTMENT OF JUSTICE

BY: /s/ Niall E. Lynch
Niall E. Lynch, CA No. 157959
Nathanael M. Cousins, CA No. 177944
May Y. Lee, CA No. 209366
Brigid S. Biermann, CA No. 231705
Charles P. Reichmann, CA No. 206699
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

| | |
|---|---|
| 1 | NIALL E. LYNCH (State Bar No. 157959)<br>NATHANAEL M. COUSINS (State Bar No. 177944) |
| 2 | MAY Y. LEE (State Bar No. 209366)<br>BRIGID S. BIERMANN (State Bar No. 231705) |
| 3 | CHARLES P. REICHMANN (State Bar No. 206699)<br>Antitrust Division |
| 4 | U.S. Department of Justice<br>450 Golden Gate Avenue |
| 5 | Box 36046, Room 10-0101<br>San Francisco, CA  94102 |
| 6 | Telephone:  (415) 436-6660 |
| 7 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   CR  06-635 |
| Plaintiff, | [~~PROPOSED~~]<br>ORDER FOR EXPEDITED |
| v. | SENTENCING UNDER L.R. 32-1(b) |
| THOMAS QUINN, | |
| Defendant. | |

Based on the stipulation of the parties, and for good cause shown,

IT IS ORDERED that the Court will sentence defendant Thomas Quinn on an expedited basis pursuant to Crim. L.R. 32-1(b), on November 8, 2006, without need for a presentence report.

Date: November 3, 2006

_____
Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton