1
2
3
4
5

6           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
7               SAN FRANCISCO DIVISION

8

9  UNITED STATES OF AMERICA        )
                                   )   Case  No. CR 06-0819 MMC
10            v.                   )
                                   )
11 YOUNG HWAN PARK,                )   [~~PROPOSED~~] ORDER
                                   )
12                                 )
                                   )   RELATED CRIMINAL CASES
13            Defendant.           )
14 _____  )

15

16     This Court has considered the Stipulated Notice of Related Cases in a Criminal Action

17 under Crim. L. R. 8-1, jointly filed by the United States and defendant Young Hwan Park.

18 Because the assignment of <u>United States v. Young Hwan Park</u> to Judge Phyllis J. Hamilton is

19 likely to conserve judicial resources and promote an efficient determination of the action, it is

20

21 ordered that this case is transferred to Judge Hamilton.

22

23
   Date: January 8   , 2007
24                                              

25
26
27
28